# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS40 | 9474446 | DEAN | 267 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 11/02/2024 07:20 | 43 CFR 8365.1-6. |

Place of Offense

BLM Land ISDRA Wash 6.

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Possession of firewood
containing nails

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PORRAS | JOSE | F |

Street Address

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br>$ 80       Forfeiture Amount<br>+ $30  Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov        $ 110        Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9474446*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____        _____
            Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____        _____
            Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/21/2024 15:57